JS-6

NOTE: CHANGES HAVE BEEN MADE TO THIS DOCUMENT

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL SAPAN,<br><br>        Plaintiff,<br><br>    vs.<br><br>BUILDMYCREDIT, INC.<br>a California Corporation, JASON MCCLAIN an individual,<br><br>        Defendants. | Case No.: 15-cv-00521 DOC (JCG)<br><br>**FINAL JUDGMENT** |

# FINAL JUDGMENT

The Court hereby ORDERS, ADJUDICATES and DECREES that final judgment is for Plaintiff PAUL SAPAN against Defendants BUILDMYCREDIT, INC. and JASON MCCLAIN, jointly and severally.

Defendants BUILDMYCREDIT, INC. and JASON MCCLAIN, jointly and severally, must pay Plaintiff PAUL SAPAN the sum of **Two Thousand ($2,000.00) Dollars in statutory damages and costs to be determined by the Clerk consistent with the Local Rules.**

IT IS SO ORDERED, ADJUDICATED AND DECREED.

DATED: August 31, 2015

_David O. Carter_
David O. Carter
U.S. District Judge